

# SHAROVA LAW FIRM

| | |
|---|---|
| Telephone | 1.718.766.5153 |
| Facsimile | 1.718.504.3599 |
| Email | ckaser@sharovalaw.com |

YELENA SHAROVA, ESQ. *+

STEVEN GARFINKLE ESQ. *+

CHARLES KASER ESQ. *

NANI KIM ESQ. *

CHARLES MARINO ESQ. *

PARALEGALS:

FRANKLIN DAVIS JR

ALVIN KORSUNSKIY

CELINA QUEVEDO

SARAH ROSEN

DEBORAH RUNG

**March 30, 2022**

**VIA ELCTRONIC FILING**
Honorable John Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

3/31/22

Re:     US v. Herrera  21 Cr. 680 (JGK)

Dear Judge Koeltl:

Counsel for Steven Herrera respectfully submits this letter to request permission to include the District of New Jersey to his Pretrial conditions in order to be able to visit his elderly Aunt in Newark, New Jersey. Addition Mr. Herrera request to travel to Florida from April 14 to April 25 with his daughter for her spring break.

Counsel has spoken to Pretrial Services Officer Courtney M. DeFeo personally, who has no objection to this request. Additionally, the Government, through Assistant US Attorney Kaylan Lasky, defers to pretrials.

Thank you for your time and attention in this matter.

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant
By: /s/ *Charles Kaser*

CC: All Parties (via ECF)

147 PRINCE STREET,4TH FLOOR, BROOKLYN, NEW YORK 11201