

# SHAROVA LAW FIRM

147 PRINCE STREET | 4TH FLOOR | BROOKLYN, NEW YORK 11201
TELEPHONE 1.718.766.5153 | FACSIMILE 1.718.504.3599 | EMAIL: ckaser@sharovalaw.com

**YELENA SHAROVA, ESQ. *+**
*NY, +NJ

STEVEN GARFINKLE ESQ.*+
CHARLES KASER ESQ.*
NANI KIM ESQ.*
CHARLES MARINO ESQ.*
BRUCE PROVDA ESQ.*

PARALEGALS
FRANKLIN DAVIS JR.
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS
ALVIN KORSUNSKIY

May 4, 2022

**VIA ELCTRONIC FILING**
Honorable John Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.
5/4/22

Re:   US v. Herrera  21 Cr. 680 (JGK)

Dear Judge Koeltl:

Counsel for Steven Herrera respectfully submits this letter to request permission for him to travel to San Jose, Puerto Rico for his birthday from May 14 through May 18, 2022.

Pretrial Services, through Officer Courtney M. DeFeo, has no objection to this request. Additionally, the Government, through Assistant US Attorney Kaylan Lasky, defers to Pretrial Services.

Thank you for your time and attention in this matter.

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant
By: /s/ *Charles Kaser*

CC: All Parties (via ECF)