March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                   -v-

   Steven Herrera, et al.    ,

                   Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
TELECONFERENCE**

21  **-CR-** 680( JGK ) (     )

Defendant  Steven Herrera                   hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

\_\_\_     Initial Appearance/Appointment of Counsel

\_\_\_     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

\_\_\_     Preliminary Hearing on Felony Complaint

\_\_\_     Bail/Revocation/Detention Hearing

\_X\_     Status and/or Scheduling Conference

\_\_\_     Plea/Trial/Sentence


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Charles Kaser
_____
Defense Counsel's Signature


 Steven Herrera
_____
Print Defendant's Name

 Charles Kaser
_____
Print Defense Counsel's Name


This proceeding was conducted by reliable teleconference technology.

_6/1/22_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge