

**SHAROVA LAW FIRM**

Telephone  1.718.766.5153
Facsimile  1.718.504.3599
Email  ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
SARAH ROSEN
MABEL SANTANA
HANNA SKARULIS

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

June 22, 2022

```
Application granted. So ordered.

New York, NY        /s/ John G. Koeltl
June 23, 2022       John G. Koeltl, U.S.D.J.
```

**VIA ECF/PACER**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    United States v Steven Herrera, *Criminal Docket 1:21-cr-00680-JGK*

Dear Judge Koeltl,

Counsel for Steven Herrera respectfully submits this letter to request permission for him to travel to Croydon, Pennsylvania from June 24 through June 28, 2022.

The reason for this request is to help his elderly grandmother travel to Croydon, Pennsylvania to see her sister who is visiting from Panama. Mr. Herrera would stay at 609 Girard, Croydon, PA during the trip. Mr. Herrera would leave on June 24th and would return to New York on June 28.

Pretrial Services, through Officer Shannon Finneran, has no objections. Additionally, the Government, through Assistant US Attorney Kaylan Lasky, defers to Pretrial Services.

Thank you for your time and attention in this matter.

Respectfully submitted,
Charles Kaser
Attorney for the Defendant Steven Herrera
By: */s/ Charles Kaser*

cc: All Parties via ECF