

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

Telephone   1.718.766.5153
Facsimile   1.718.504.3599
Email   akorsunskiy@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
VICTORIA FEDARAVA
ALVIN KORSUNSKIY
CELINA QUEVEDO
SARAH ROSEN
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS

July 13, 2022

**VIA ELCTRONIC FILING**
Honorable John Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    US v. Herrera  21 Cr. 680 (JGK)

Dear Judge Koeltl:

Counsel for Steven Herrera respectfully submits this letter to request permission for him to travel to Sesame Place located at 100 Sesame Rd, Langhorne, PA with his daughters on July 17, 2022.

Pretrial Services, through Officer Courtney M. DeFeo, has no objection to this request. Additionally, the Government, through Assistant US Attorney Rebbeca Dell, defers to Pretrial Services.

Thank you for your time and attention in this matter.

                               Respectfully Submitted,
                               Charles Kaser
                               Attorney for the Defendant
                               By: /s/ *Charles Kaser*

CC: All Parties (via ECF)

APPLICATION GRANTED
SO ORDERED
7/14/22
John G. Koeltl, U.S.D.J.