

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2022

**By ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Steven Herrera and Wael Hamad*, 21 Cr. 680 (JGK)

Dear Judge Koeltl:

The parties understand that the Court is available for a plea conference for defendant Steven Herrera on November 15, 2022 at 2:30 PM, and the Court is available for a plea conference for defendant Wael Hamad on November 29, 2022 at 4:30 PM. A trial in this matter is currently scheduled for January 9, 2023. The deadline for the parties to file motions *in limine*, voir dire, and requests to charge is currently November 18, 2022. In light of the expected plea date, the Government, with consent of counsel for the defendants, respectfully requests that the November 18, 2022 deadlines be adjourned to December 7, 2022, so that, in the event the pleas do not go forward, the parties can prepare their submission to the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/
Rebecca T. Dell / Kaylan E. Lasky
Assistant United States Attorneys
(212) 637-2198 / 2315

cc: Counsel of record (by ECF)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

11/14/22