UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

STEVEN HERRERA ,
                    Defendant.
------------------------------------------------------------X

21 cr 680 (JGK)

**ORDER**

      Bail for the defendant, Steven Herrera, is extended as follows: home incarceration, with electronic monitoring. The defendant shall be allowed to attend any medical appointments and is permitted doctor prescribed exercise. The defendant shall report to Pretrial Services with 72 hours of the date of the defendant's plea of guilty.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 16, 2022