

| | |
|---|---|
| | Telephone  1.718.766.5153 |
| | Facsimile  1.718.504.3599 |
| | Email     cmarino@sharovalaw.com |

PARALEGALS:

YELENA SHAROVA, ESQ. *+  FRANKLIN DAVIS JR
SASSY DUMORNAY ESQ. *  ALVIN KORSUNSKIY
CHARLES KASER ESQ. *  CELINA QUEVEDO
NANI KIM ESQ. *  MABEL SANTANA
CHARLES MARINO ESQ. *  GRIGORIY SHUBA
BRUCE PROVDA ESQ. *  (1947-2022)  HANNA SKARULIS
THOMAS J. TYRRELL JR. ESQ. *  VIKTORIA FEDARAVA
*NY +NJ

December 14, 2022

**VIA ELCTRONIC FILING**
Honorable John Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    US v. Herrera  21 Cr. 680 (JGK)

Dear Judge Koeltl:

*[Handwritten note: Application granted. The defendant should advise Pre-Trial Services of the details of when he leaves and returns to his home. So ordered. /s/ Koeltl U.S.D.J. 12/14/22]*

Counsel for Steven Herrera respectfully submits this letter to request permission to 64 Beaver Street in New York, New York and 203 9th Street, Brooklyn NY 11215 in order to complete his application for employment.

Mr. Herrera has secured a fully remote job as a customer service representative with HSA/ Webster Bank. As a requirement for the job Mr. Herrera is required to appear for a drug test and background check via fingerprinting on December 16, 2022. Attached is a copy of Mr. Herrera's employment condition.

It is my understanding that Pretrial Services, through Officer Marlon Ovalles, objects to this request due to the fact that it is against office policy for additional travel while on home incarceration. However, Pretrial states that Mr. Herrera remains in full compliance with the conditions of his release.  Additionally, the Government, through Assistant US Attorney Kaylan Lasky defers to pretrials.

Our office believes Mr. Herrera should be granted his travel request over Pretrials objections. As part of Mr. Herrera's original pretrial conditions, it states that Mr. Herrera should continue to seek employment.  This position is a fully remote, meaning that he will be able to perform his duties at home which would be within his current conditions. Also, this would be a one-time travel request within the Southern District of New York.

Thank you for your time and attention in this matter.

                                                                 Respectfully Submitted,

Case 1:21-cr-00680-JGK   Document 79   Filed 12/14/22   Page 2 of 2
Case 1:21-cr-00680-JGK   Document 78   Filed 12/14/22   Page 2 of 7

Page **2** of **2**



Charles Kaser
Attorney for the Defendant
By: /s/ *Charles Kaser*

CC: All Parties (via ECF)