

# SHAROVA LAW FIRM

Telephone 1.718.766.5153
Facsimile 1.718.504.3599
Email ckaser@sharovalaw.com

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. * (1947-2022)
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS
VIKTORIA FEDARAVA

**January 31st, 2023**

**VIA ELCTRONIC FILING**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: USA v. Hassan et al. 21 Cr. 682 (JFK)

Dear Judge Oetken:

*[Handwritten:]* DEFENSE SUBMISSIONS: MARCH 15, 2023
GOVERNMENT SUBMISSIONS: MARCH 21, 2023
SENTENCING ADJOURNED TO WEDNESDAY, MARCH 29, 2023, AT 3:00PM.
SO ORDERED.
1/31/23 /s/ J. Koeltl
USDJ

Counsel for Steven Herrera respectfully submits this letter to adjourn the sentencing date of February 21, 2023. The reason for this request is due to the fact that your undersigned has a scheduling conflict with two other court appearances on the same date.

The government, through Assistant US Attorney Rebecca Dell, consents to this request. If the Court is amenable, your undersigned can circulate good dates with the Government and propose three adjournment request dates. Additionally, we request that all dates in relation to sentencing memorandums be extended as well.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant
By: /s/ Charles Kaser

CC: All Parties (via ECF)