UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

STEVEN HERRERA,

    Defendant.
-----------------------------------------------------------X

1: 21-CR-00680 - 2 (JGK)

**ORDER**

John G. Koeltl, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include the following condition of release:

- Mental health evaluation and treatment as directed by Pretrial Services.

**SO ORDERED.**

Dated: New York, New York
February 3, 2023

_____
John G. Koeltl
United States District Judge