UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

    - against -

STEVEN HERRERA,

          Defendant.

───────────────────────────────

21-cr-680 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The defendant has submitted a letter from his doctor indicating that there is a medical reason that he should not be incarcerated. See ECF No. 113-15 (Ex. O), ECF No. 118. The Government should submit a medical response from a doctor addressing the defendant's medical conditions and opining whether the Bureau of Prisons is specifically able to provide adequate treatment for the defendant's medical condition. The response should not be a standardized response but should directly address the defendant's medical condition. The defense should provide any medical records necessary for the Government's doctor to opine. The Government's response should be submitted by **April 11, 2023.** Sentencing is adjourned to **April 26, 2023, at 10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           March 26, 2023

                                          John G. Koeltl
                                     United States District Judge