

**SHAROVA LAW FIRM**

Telephone 1.718.766.5153
Facsimile 1.718.504.3599
Email cmarino@sharovalaw.com

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *  (1947-2022)
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS
VIKTORIA FEDARAVA

April 6, 2023

**VIA ELCTRONIC FILING**
Honorable John Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

4/6/23

Re:   US v. Herrera  21 Cr. 680 (JGK)

Dear Judge Koeltl:

Counsel for Steven Herrera respectfully submits this letter to request an opportunity to file a reply to any opposition filed by the government regarding adequate medical treatment within the Bureau of Prisons, as ordered by this court on March 27, 2023.

On March 13, 2023 and March 20, 2023 the Defendant filed sentencing memorandum and supplemental sentencing submission of Defendant's Exhibit O, the latter of which related to the Defendant's medical history and whether the Bureau of Prisons would be able to provide adequate treatment for the Defendant if incarcerated. On March 27, 2023 the court ordered the government to respond to the Defendant's medical conditions by April 11, 2023 See ECF Doc. 120.

The Defendant is requesting the ability to put in a reply, if necessary, by April 19, 2023, which is a week before the sentencing is to occur.

Thank you for your time and attention in this matter.

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant
By: /s/ *Charles Kaser*

CC: All Parties (via ECF)