UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

        - against -                21-cr-680 (JGK)

STEVEN HERRERA,                      ORDER

                Defendants.
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    By Order dated March 27, 2023, the Court ordered the Government to submit a medical response from a doctor addressing the defendant's medical conditions and opinion whether the Bureau of Prisons is specifically able to provide adequate treatment for the defendant's medical condition. ECF No. 120. The Court also permitted the defendant to respond to any such submission. The Court does not have those submissions and the docket does not reflect any submissions. The Court also allowed a defense submission by May 17, 2023, and a Government submission by May 23, 2023. ECF No. 129. The Court also does not have those submissions and the docket does not reflect them.

    In view of the sentencing scheduled for May 31, 2023, the parties should provide all of those submissions to the Court by

May 26, 2023, or explain why they have not been made.

SO ORDERED.

Dated:   New York, New York
         May 25, 2023

_____
John G. Koeltl
United States District Judge