UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -                   21-cr-680 (JGK)

STEVEN HERRERA,                    ORDER

        Defendant.

JOHN G. KOELTL, District Judge:

    The Court is aware that there is a proposed Consent Order of Forfeiture in the amount of $554,191.75. At sentencing, the parties should address whether this is a correct amount of forfeiture in light of Honeycutt v. United States, 581 U.S. 443, 454 (2017), and whether the defendant ever acquired or controlled this amount of funds.

SO ORDERED.

Dated:    New York, New York
           May 30, 2023

                                      John G. Koeltl
                              United States District Judge