UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :        CONSENT PRELIMINARY
              - v. -                                      :        ORDER OF FORFEITURE/
                                                          :        MONEY JUDGMENT
STEVEN HERRERA,                                           :
                                                          :        21 Cr. 680 (JGK)
              Defendant.                                  :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about November 8, 2021, STEVEN HERRERA (the
"Defendant"), among others, was charged in Indictment 21 Cr. 680 (JGK) (the "Indictment"), with
narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the
Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code,
Section 853, of any and all property, constituting, or derived from, any proceeds obtained, directly
or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all
property used, or intended to be used, in any manner or part, to commit, or to facilitate the
commission of the offense charged in Count One of the Indictment, including but not limited to
sum of money in the United States currency, representing the amount of proceeds traceable to the
commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about November 15, 2022, the Defendant pled guilty to Count
One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant
admitted the forfeiture allegation with respect to Count One of the Indictment agreed to forfeit to
the United States, pursuant to Title 21, United States Code, Section 853, a sum of money in United
States currency representing proceeds traceable to the commission of the offense charged in Count
One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $20,000 in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with co-defendants Kareem Hassan and Wael Hamad (the "Co-defendants") to the extent forfeiture money judgments are entered against the Co-defendants in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Rebecca T. Dell and Kaylan E. Lasky, of counsel, and the Defendant and his counsel, Yelena Sharova, Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $20,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with the Co-defendants to the extent forfeiture money judgments are entered against the Co-Defendant in this case, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant STEVEN HERRERA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      United States Customs and Border Protection shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

6.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

7.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By:      /s/ Rebecca T. Dell                              05/31/2023
         REBECCA T. DELL                                  DATE
         KAYLAN E. LASKY
         Assistant United States Attorneys
         One St. Andrew's Plaza
         New York, NY 10007
         (212) 637-2198/2315


STEVEN HERRERA

By:      _____              5/31/23
         STEVEN HERRERA                           DATE


By:      _____              May 31, 2023
         YELENA SHAROVA, ESQ.                     DATE
         *Attorney for Defendant* The
         Sharova Law Firm
         147 Prince Street, 4th Floor
         Brooklyn, New York 11201


SO ORDERED:

_____              5/31/23.
HONORABLE JOHN G. KOELTL                 DATE
UNITED STATES DISTRICT JUDGE