

# SHAROVA
# LAW FIRM

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
NANI KIM ESQ. *
KELLI OGBUZUO ESQ. *
MARIE NORMIL ESQ. OF COUNSEL *
BRUCE PROVDA ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

Telephone   1.718.766.5153
Facsimile   1.718.504.3599
Email       sharova@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
JOSEPH MARRERO
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA

June 26th, 2023

**VIA ELCTRONIC FILING**
Honorable John G. Koeltl
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge John G. Koeltl,

Counsel for Steven Herrera respectfully submits this letter requesting this Court to order pretrial services to release Mr. Herrera's Passport back to Mr. Herrera.

Mr. Herrera was arrested on October 8, 2021, in the Northern District of Texas at which time his passport was seized and is currently in the custody of pretrial services since the arrest. On May 31, 2023, Mr. Herrera was sentenced by this Court and his currently under home confinement as part of his sentence. It is our understanding that if the passport is not released within 90 days of Mr. Herrera's sentencing, it will be forwarded to the Department of State.

Thank You for Your consideration.

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/26/23

CC: All Parties (via ECF)

Respectfully Submitted,

Yelena Sharova
Attorney for the Defendant

By: /s/ *Yelena Sharova*