

# SHAROVA LAW FIRM

Telephone  1.718.766.5153
Facsimile  1.718.504.3599
Email      sharova@sharovalaw.com

YELENA SHAROVA, ESQ. *+
DOMINIQUE MYERS, ESQ. *
T. ALEXANDER STAUCH, ESQ. *
THOMAS TYRRELL JR., ESQ. *
NANI KIM ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
VICTORIA FEDARAVA
ALVIN KORSUNSKIY
MABEL SANTANA
GRIGORIY SHUBA

June 7, 2024

**VIA ELCTRONIC FILING**
Honorable John Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

6/10/24

      Re:    US v. Herrera  21 Cr. 680 (JGK)

Dear Judge Koeltl:

Counsel for Steven Herrera respectfully submits this letter to request (1) early termination of his GPS monitoring; and (2) permission to travel to Detroit Michigan for his college graduation from the period of June 28, 2024, to July 2, 2024.

Mr. Herrera has been in complete compliance of all of his pretrial, probation and post sentence conditions imposed by the court. Mr. Herrera has never had an issues or complaints in violations of any of his conditions. As a result is requesting early termination of GPS monitoring.

Mr. Herrera has a college graduation scheduled for June 29, 2024 in Detroit Michigan. Mr. Herrera is requesting to travel to Detroit Michigan via car on June 28 and would return July 2, 2024. During the trip Mr. Herrera would stay at the Wyndham Garden Detroit Metro Airport.

Both Probation, through Officer Sabrina Gargano and the Government, through Assistant US Attorney Rebecca Dell have no objections to either request.

Thank you for your time and attention in this matter.

Respectfully Submitted,
Yelena Sharova
Attorney for the Defendant
By: /s/ *Yelena Sharova*

CC: All Parties (via ECF)

Case 1:21-cr-00680-JGK   Document 150   Filed 06/10/24   Page 2 of 2
Case 1:21-cr-00680-JGK   Document 149   Filed 06/07/24   Page 2 of 2

Page **2** of **2**

